Submitted November 8, 1976. Stanton D. Levenson, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 174

Commonwealth v. Hughes, Appellant.

Submitted December 16, 1975. Burton A. Rose, and Peruto, Ryan & Vitullo, for appellant; David Fabe Michelman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 175

Commonwealth v. Hughes, Appellant.

Submitted March 22, 1976. John T. Grigsby, III, for appellant; Joseph C. Giebus, Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.